[No. 34423-4-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Petitioner*, v. FOUNTAIN AGUILAR-VIERRA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00464-2, Carmen Otero, J., entered April 13, 1994. *Reversed* by unpublished per curiam opinion.

[No. 28706-1-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07543-1, Carmen Otero, J., entered June 12, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Agid, JJ.

[No. 29455-5-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02382-1, Norma Smith Huggins, J., entered October 7, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Baker, J.